# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**UNITED STATES v. EDWARD MEREDITH**　　　　　　　　　　**MAG. NO.: 23-6019-DEA**

---

## PETITION FOR WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum　　　　　　( ) Ad Testificandum

1. **EDWARD MEREDITH:** USMS# 66949-509 (hereinafter the "Detainee") is now confined at the:

**Mercer County Correction Center**
**640 S. Broad Street**
**Trenton, NJ 08650**

2. The Detainee is charged in this District by: ( ) Indictment ( ) Information ( X ) Complaint with a violation of Title 18, United States Code, Section 922(g)(1).

3. The Detainee will be returned to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at the Clarkson S. Fisher Federal Courthouse, 402 East State Street, Trenton, New Jersey, before the Hon. Douglas E. Arpert, United States Magistrate Judge, on **September 13th, 2023 at 11:30 a.m.** for an Initial Appearance in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: August 29, 2023　　　　　　　　　/s/ Ashley Pitts
　　　　　　　　　　　　　　　　　　　　Ashley Pitts
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Petitioner

## O R D E R

Let the Writ Issue.

DATED: 8/29/2023

_____
HON. DOUGLAS E. ARPERT, U.S.M.J.

## W R I T   O F   H A B E A S   C O R P U S

The United States of America to the Warden of Mercer County Correction Center:

WE COMMAND YOU that you have the body of

**EDWARD MEREDITH**

now confined at the Mercer County Correction Center, brought before the United States District Court, the Hon. Douglas E. Arpert, U.S.M.J., Clarkson S. Fisher Federal Building and U.S. Courthouse, Trenton, NJ 08608 on **September 13th, 2023 at 11:30 a.m.** for an Initial Appearance in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Douglas E. Arpert
United States Magistrate Judge
Trenton, New Jersey.

DATED: 8/29/2023

MELISSA E. RHOADS
Clerk of the U.S. District Court
for the District of New Jersey

Per:   s/ELIZABETH BERES
       Deputy Clerk